# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BESTLAND, INC. | Case No. 2:21-cv-01750-SVW-JC |
|         Plaintiff, | The Hon. Stephen V. Wilson |
|         v. | **JUDGMENT** |
| COLONY INSURANCE COMPANY, et al. | Courtroom:    10A |
|         Defendant. | |

On July 22, 2021, the Court granted Defendant Colony Insurance Company's Motion for Summary Judgment [Dkt. 19].

Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Judgment be entered in favor of defendant Colony Insurance Company and

/ / /

/ / /

/ / /

against Plaintiff Bestland, Inc.

2. Plaintiff Bestland, Inc. take nothing by way of this action against defendant Colony Insurance Company.

3. Defendant Colony Insurance Company is entitled to its reasonable costs of suit pursuant to Federal Rule of Civil Procedure 54 and an approved application to tax costs signed by the Court pursuant to Local Rule 54.

Dated:   October 27  , 2021

HON. STEPHEN V. WILSON